UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION | 3:12-md-02385-DRH<br><br>MDL No. 2385 |

This Document Relates To:

| | |
|---|---|
| *Janice Sanchez v. Boehringer Ingelheim Pharmaceuticals Inc., et al.* | No. 13-cv-51380-DRH |
| *Paul Cox v. Boehringer Ingelheim Pharmaceuticals Inc., et al.* | No. 14-cv-50439-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on May 5, 2015 the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/*Caitlin Fischer*
Deputy Clerk

**Dated:** May 5, 2015

Digitally signed by
David R. Herndon
Date: 2015.05.05
15:58:26 -05'00'

**APPROVED:**
U.S. DISTRICT JUDGE
U. S. DISTRICT COURT